**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Fast Cash Pawn | 788010-16-0006 | 50 |

## SUMMARY OF EVENT:

On September 26, 2016, ATF Special Agent (SA) Mark Feltz examined the below listed firearm and ammunition pertaining to this investigation. Based on the examination of the firearm and ammunition, SA Feltz determined that the below listed firearm and ammunition were not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate and/or foreign commerce.

## NARRATIVE:

### QUALIFICATION OF SA MARK FELTZ

1) That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF), and have been so employed since February 2006. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition, and to the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2) That during the course of my duties, I have examined hundreds of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act and that I regularly consult with persons who are experts in the field of identification, origin and history of firearms.

3) That I have contacted the ATF National Tracing Center and ATF Firearms Technology Branch on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of both firearms and ammunition. That I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces and have had numerous contacts with firearms dealers, manufacturers, and individuals who are Federal firearms licensees, regarding firearms transfers, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF liaison with the firearms industry.

4) That I have accumulated a personal reference library of firearms and ammunition publications such as *Gun*

| Prepared by: Mark J. Feltz | Title: Special Agent, Denver I Field Office | Signature: [signed] | Date: 2016.09.26 |
|---|---|---|---|
| Authorized by: Joshua Hernandez | Title: Group Supervisor, Denver I Field Office | Signature: [signed] | Date: 2016.09.26 |
| Second level reviewer (optional): Kenneth J. Croke | Title: Special Agent in Charge, Denver Field Division | Signature: [signed] | Date: 2016.09.26 |

Gov't Exh. 4

EXP_00000036

| Title of Investigation:<br>Fast Cash Pawn | Investigation Number:<br>788010-16-0006 | Report Number:<br>50 |
|---|---|---|

*Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Standard Catalog of Handguns, Standard Catalog of Military Firearms, Ammo Encyclopedia,* and a variety of other reference materials, in order to remain familiar with firearms and firearm trends.

5) That I have provided training to other law enforcement personnel in various disciplines of firearms training including the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

6) That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition, identification, and nomenclature of firearms and ammunition and their place of manufacture, including at the Federal Law Enforcement Training Center Criminal Investigator Program, the Air Force Office of Special Investigations Basic Special Investigators Course, the ATF Academy Special Agent Basic Training, and the ATF Firearms Interstate Nexus Training. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, VA, I personally had the opportunity to view and examine firearms in the ATF Firearms Technology Branch's Firearms Reference Collection, which includes over 10,000 firearms.

## REPORT OF TECHNICAL EXAMINATION

As to the origin and subsequent movement in interstate or foreign commerce of the below listed firearm and ammunition pertaining to this investigation:

1. Ruger (Sturm, Ruger, & Co., Inc.), model LC380, .380 caliber pistol, with serial number 326-26651.
2. Seven (7) rounds of .380 caliber ammunition, with the headstamps marked "W I N" and "380 AUTO".

Based on my experience, training, knowledge, and research, and the examination of the firearm and ammunition, it is my opinion that the above listed firearm and ammunition were not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate and/or foreign commerce.

In addition to the examination of the markings on the firearm, SA Feltz conducted a function test of the firearm. SA Feltz determined the firearm was capable of functioning as designed.

## ATTACHMENTS:

1. Seven (7) photographs of the Ruger (Sturm, Ruger, & Co., Inc.), model LC380, .380 caliber pistol, with serial number 32626651.
2. Five (5) photographs of the ammunition.

Attachment 1



| Title of Investigation:<br>Fast Cash Pawn | Investigation Number:<br>788010-16-0006 | Report Number:<br>50 |
|---|---|---|



Investigation Number:<br>788010-16-0006

ATF EF 3120.2 (10-2004)<br>For Official Use Only

EXP_00000039



| Title of Investigation: Fast Cash Pawn | Investigation Number: 788010-16-0006 | Report Number: 50 |
|---|---|---|



| | Page 6 of 9 | Investigation Number: 788010-16-0006 | ATF EF 3120.2 (10-2004) For Official Use Only |
|---|---|---|---|

EXP_00000041

Attachment 2





| Title of Investigation: Fast Cash Pawn | Investigation Number: 788010-16-0006 | Report Number: 50 |
|---|---|---|

